No. 662.  TRENT TRUST Co., LTD., ET AL. *v.* KENNEDY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *William D. Donnelly* and *Lucien H. Boggs* for petitioners.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander, Anthony L. Mondello* and *Armand B. DuBois* for respondent.

No. 672.  GIANT FOOD INC. *v.* FEDERAL TRADE COMMISSION.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Raymond R. Dickey* and *Bernard Gordon* for petitioner.  *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel, James McI. Henderson* and *E. K. Elkins* for respondent.

No. 674.  WORLD COMMERCE CORP., S. A., *v.* MINERALS & CHEMICALS PHILIPP CORP.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.  *A. Vernon Carnahan* for petitioner.  *Leo T. Kissam* for respondent.

No. 680.  KASTEN ET UX. *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.  *Dominic H. Frinzi* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States et al.

No. 692.  GOLDSTEIN *v.* VIRGINIA.  Supreme Court of Appeals of Virginia.  Certiorari denied.  *Louis B. Fine* and *Howard I. Legum* for petitioner.